1  Brian Brazier, Esq. (SBN: 245004)
   **Price Law Group, APC**
2  8245 North 85th Way
3  Scottsdale, AZ 85258
   T: (818) 600-5564
4  F: (818) 600-5464
5  E: brian@pricelawgroup.com

6  Lauren Tegan Rodkey, Esq. (SBN: 275830)
   **Price Law Group, APC**
7  6345 Balboa Blvd, Suite 247
8  Encino, CA 91316
   T: (818) 600-5526
9  F: (818) 600-5426
10 E: tegan@pricelawgroup.com

11 Attorneys for Plaintiff,
12 *Michele Turley-Jackson*

13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**

15
16 MICHELE TURLEY-JACKSON           **Case No. 2:18-cv-08360 PA(SKx)**
17           Plaintiff,              **NOTICE OF SETTLEMENT**
18 v.
19
20 ALLIED INTERSTATE, LLC,
21           Defendant.
22
23
24     NOTICE IS HEREBY GIVEN that Plaintiff Michelle Turley-Jackson
25 ("Plaintiff"), and Defendant Allied Interstate, LLC ("Defendant"), have settled all
26 claims between them in this matter. The parties are in the process of completing the
27 final settlement documents and expect to file a Stipulation of Dismissal with Prejudice
28

- 1 -
NOTICE OF SETTLEMENT

within the next sixty (60) days. The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: May 28, 2019

By: /s/ *Brian Brazier*_____
Brian Brazier, Esq. (SBN: 245004)
**Price Law Group, APC**
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
E: brian@pricelawgroup.com
Attorneys for Plaintiff,
*Michele Turley-Jackson*

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/Aileen De Los Angeles